## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 8:23-cv-465 |
| DIGNITY HOME CARE INC. and M'MOUPIENTILA N'KENON N'DA a/k/a MARC N'DA, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## EXHIBIT A TO COMPLAINT

1. LaTonya Ashley
2. Antonio Bailey
3. Trillionaire Baker
4. Danielle Bertch
5. Amanda Bohm
6. Celena Bonwell
7. Bridgette Braymen
8. Patricia Bridgeman
9. Brian Brown
10. Jeanne Brown
11. Logan Brown
12. Jammie Bush
13. James Caulder
14. Tova Cox
15. Johnnie Dennis
16. Tracy Dunn
17. Marcia Erving
18. Regina Erwin
19. Breanna Faeller
20. Qtionna Figures
21. Takema Franklin
22. Erica Fuertes
23. Michael Goldsberry
24. Charles Grayer
25. Harland Gunn Sr
26. Nesha Haye
27. Melanie Henderson
28. Donna Herring
29. Gail Hodges
30. Kijonae Houston
31. Lajewel Humphrey
32. Lakreisha Johnson
33. MyEsha Jones
34. Valerie Jones
35. Stevon Kirksey
36. Timika Lindsay
37. Rada Macura-Skoog
38. Ciara McClarty
39. Marquez McClarty
40. Briana McCreary
41. LyriQ McCreary
42. Erran Mcpherran
43. Nancy Meyer
44. Francisco Orozco Garcia
45. Cassie-anna Owens
46. Kirstin Petersen
47. Dawn Pratt
48. Lakesha Richey
49. Alvernia Ross
50. Lashundra Seals
51. Theresa Shaffer
52. Darrin Smith
53. Cairia Snoddy
54. Audrey Stewart
55. April Strode
56. Tiffany Turley
57. Ciara Wafford
58. Jovan Wafford
59. Tiria Walker
60. Vincent Walker Jr
61. Myeshia Ward
62. Davasia Washington
63. Darnita Wells
64. Dorothy White
65. Dsatougbe Womas

1