IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>v.<br><br>DIGNITY HOME CARE, INC., and M'MOUPIENTILA N'KENON N'DA a/k/a MARC N'DA,<br><br>    Defendants. | Civil Action File No. 8:23-cv-00465-RFR-JMD |

## [PROPOSED] ORDER TEMPORARILY STAYING ACTION

This matter comes before the Court on Defendants Dignity Home Care, Inc. ("Dignity") and M'moupientila N'kenon "Marc" N'da ("Mr. N'da") Unopposed Motion for Temporary Stay of Action (the "Motion"). In the Motion, Defendants seek a 45 day stay of all deadlines in this action to permit Defendants to substitute counsel. Plaintiff does not oppose the relief requested in the Motion.

"It is within the court's inherent power to grant a stay in order to control its docket, conserve judicial resources, and provide for a just determination of the cases pending before it." *Cybertek, Inc. v. Bentley Sys., Inc.*, 182 F. Supp. 2d 864, 872 (D. Neb. 2002) (quoting *Contracting Nw., Inc. v. City of Fredericksburg, Iowa,* 713 F.2d 382, 387 (8th Cir. 1983).

164598918.1

For good cause shown, including to allow an orderly transition to new counsel for Defendants and the non-opposition of the Plaintiff, the Motion is hereby **GRANTED**.

All deadlines in this case are hereby stayed for 45 days from the entry of this order, through and including _____.

**SO ORDERED**, this ____ day of November, 2024.

_____
Hon. Jacqueline M. DeLuca
Magistrate Judge
United States District Court for the District of Nebraska

*Prepared by:*

*s/ F. Beau Howard*
F. Beau Howard
Georgia Bar No. 142641
Nicholas B. Corser
Georgia Bar No. 290744
FOX ROTHSCHILD LLP
999 Peachtree Street NW, Suite 1500
Atlanta, Georgia 30309
(404) 962-1000 (Phone)
(404) 962-1200 (Fax)
FBHoward@foxrothschild.com
NCorser@foxrothschild.com

*Attorneys for Defendants*

164598918.1