IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor;<br><br>Plaintiff,<br><br>vs.<br><br>DIGNITY HOME CARE INC., and M'MOUPIENTILA N'KENON N'DA,<br><br>Defendants. | 8:23CV465<br><br><br>**FOURTH AMENDED FINAL PROGRESSION ORDER** |

This matter is before the Court on Plaintiff's Unopposed Motion to Extend Progression Order Deadlines. For good cause shown, that motion is granted. IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The current status conference scheduled for March 26, 2025 **is continued** and will be held with the undersigned magistrate judge on **May 28, 2025** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions found at Filing No. 32 to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is May 19, 2025. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by May 26, 2025.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is May 19, 2025.

4)  The deadline for filing motions to dismiss and motions for summary judgment is June 16, 2025.

5)  The deadline for filing motions to exclude testimony on *Daubert* and related grounds is June 16, 2025.

6)  Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7)  The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8)  All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 10th day of March, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge