IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor;<br><br>Plaintiff,<br><br>vs.<br><br>DIGNITY HOME CARE INC., and M'MOUPIENTILA N'KENON N'DA,<br><br>Defendants. | 8:23CV465<br><br>ORDER |

    This matter comes before the Court on Defendants Dignity Home Care, Inc. ("Dignity") and M'Moupientila N'Kenon N'Da a/k/a Marc N'da ("Mr. N'da") (collectively, "Defendants") Emergency Motion to Withdraw, Seal, and Substitute Exhibits ("Motion")([Filing No. 47](#)). In the Motion, Defendants ask this Court's permission to withdraw and seal ECF 46-9, ECF46-10, and ECF 46-23 and refile corrected versions of those exhibits.

    The Motion is hereby GRANTED.

    ECF 46-9, ECF46-10, and ECF 46-23 shall remain sealed from the record. Defendants are hereby instructed to refile the exhibits as a supplemental index to their motion.

    Dated this 16th day of April, 2025.

                                                                  BY THE COURT:

                                                                  s/ Ryan C. Carson
                                                                  United States Magistrate Judge

*Prepared by:*

*s/ F. Beau Howard*
F. Beau Howard
Georgia Bar No. 142641
Nicholas B. Corser
Georgia Bar No. 290744
FOX ROTHSCHILD LLP
999 Peachtree Street NW, Suite 1500
Atlanta, Georgia 30309
(404) 962-1000 (Phone)
(404) 962-1200 (Fax)
FBHoward@foxrothschild.com
NCorser@foxrothschild.com

*Attorneys for Defendants*