IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEITH E. SONDERLING, Acting Secretary of the Department of Labor;<br><br><br>Plaintiff,<br><br><br>vs.<br><br><br>DIGNITY HOME CARE INC., and M'MOUPIENTILA N'KENON N'DA,<br><br><br>Defendants. | **8:23CV465**<br><br><br><br>**MEDIATION REFERENCE ORDER** |

On the court's own motion, IT IS ORDERED:

1. The parties are ordered to participate in alternative dispute resolution ("ADR"). Unless the parties notify chambers on or before June 18, 2026 that they have elected to proceed with private mediation, this matter is referred to a settlement conference before the undersigned. If the parties elect private mediation, they shall notify chambers of the mediator and scheduled date of mediation no later than July 1, 2026.

2. Once a date for the settlement conference is scheduled, the court will issue further instructions regarding attendance, pre-settlement submissions, and related requirements.

3. The parties and counsel are reminded that the court may impose sanctions, including dismissal of a claim or defense, monetary sanctions, or such other sanctions as may be authorized by Fed. R. Civ. P. 16(f), should the parties, their

counsel, or those required to attend fail to comply with this order in objective good faith.

4. Any objection to this order shall be filed within seven days.

5. If the parties proceed with private mediation, the following will apply:

   a. The cost shall be borne by the mediating parties at the rate established by the mediator. Unless otherwise agreed, the plaintiff or plaintiffs shall pay one-half of the mediation fee, and the remaining mediating parties shall pay equal shares of the mediation fee. If a party is unable to pay the costs of mediation, any application to incur such expenses with reimbursement from the Federal Practice Fund must be filed before the mediation session.

   b. The parties shall file a report on the status of the proceedings and whether the case has been resolved. Information about the substance of any settlement agreement shall not be provided without the parties' consent.

Dated this 11th day of June, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge